Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE
2024 MAR 22 PM 1:29

_Qishun Xoe_

Write the full name of each plaintiff or petitioner.

Case No. __23__ CV __7502 (LTS)__

-against-

Letter re: _the status of the amended complaint_

_Columbia University in the City of New York_
_Columbia College (Dean), Linda Ansara, Lee Bellinger,_
_Madeline Zelin, Jonathan_

Write the full name of each defendant or respondent.

Dear US District Court of New York Team:

Greetings. I'm writing in regard to the status of the amended complaint. I have re-edited the pending complaint in December 2023, and after following up with the Pro Se office on a phone call last month, in which they said to follow up within 2 or 3 weeks. I'd like to learn more about the case status regarding the revised document. Also, in case you'd like any additional information, please don't hesitate to contact me via telephone or via mail.

Thanks and regards,

_March 22th, 2024_
Dated

_[signature]_
Signature

_Qishun Xoe_
Name

_____
Prison Identification # (if available)

_1931 71th St, Floor 2_    _Brooklyn_    _NY_    _11204_
Address                    City          State   Zip Code

_608-504-1515_
Telephone Number (if available)

_belennora.qishenque @ gmail.com_
E-mail Address (if available)