Request for Jury Trial

Dear Judge Netburn:

Greetings, how do you do?

This is Qishen Xue writing regarding the pending Case Management Plan. Last August I opened a case with Columbia University *et al.*, numbered 1:23-cv-07502. In the initial paperwork I had requested for jury trial.

In Hon. Broderick's August 5, 2024 Order (ECF Doc. #27), it is ordered for the parties to complete a Case Management Plan, to which I had emailed the Defendants' counsel on Friday. During the last few weeks, there have been some inconsistencies in clause 3 of the Case Management Plan and Scheduling Order between drafts, I write to confirm the choice that this case is to be tried to a jury. I have enclosed the document in the attachment for your reference.

Thank you for your consideration and have a good day.

Regards,
Helennara Qishen Xue
August 25th, 2024