UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------- X
:
QISHEN XUE,                                               :
:
:
Plaintiff,         :
:         23-CV-7502 (VSB)
-against-            :
:                **ORDER**
:
COLUMBIA UNIVERSITY IN THE CITY                           :
OF NEW YORK, *et al.*,                                    :
:
Defendants.  :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

I am in receipt of the parties' joint letter, (Doc. 28), and proposed case management plan and scheduling order, (Doc. 29). In the joint letter, Defendants request a stay of discovery pending my resolution of Defendants' partial motion to dismiss. Accordingly, it is hereby:

ORDERED that Defendants shall file a letter motion on or before September 12, 2024 setting forth the reasons why a stay of discovery is warranted.

SO ORDERED.

Dated: August 29, 2024
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge