UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| QISHEN XUE, Plaintiff, - against - THE TRUSTEES OF COLUMBIA UNIVESRITY IN THE CITY OF NEW YORK, *et al.*, Defendants. | 23-CV-7502 (VSB) **ORDER** |

VERNON S. BRODERICK, United States District Judge:

On May 28, 2026, I directed the parties to indicate whether the Opinion & Order issued that day should remain under seal or unsealed with redactions within 30 days. (Doc. 38.) On June 26, 2026, Plaintiff stated in a letter to the Court that the previous May 28, 2026 Opinion & Order "should be unsealed and made publicly accessible." On June 29, 2026, Defendants also indicated that they do not object to the unsealing of the Opinion & Order. Accordingly, it is hereby ORDERED that the Clerk of Court is respectfully directed to unseal Document 38, the Opinion & Order issued on May 28, 2026.

SO ORDERED.

Dated: July 7, 2026
New York, New York

Vernon S. Broderick
United States District Judge