USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**QISHEN XUE,**

**Plaintiff,**

**-against-**

**THE TRUSTEES OF COLUMBIA UNIVESRITY IN THE CITY OF NEW YORK, et al.,**

**Defendants.**

---------------------------------------------------------------X

**23-cv-07502 (VSB)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On August 10, 2026, Defendants filed a motion to dismiss Plaintiff's Second Amended Complaint. ECF No. 47. Plaintiff shall file her opposition to Defendants' motion to dismiss by no later than Tuesday, September 1, 2026. Defendants shall file their reply by Tuesday, September 15, 2026. Because Plaintiff is proceeding *pro se*, Plaintiff is encouraged to contact the Federal *Pro Se* Legal Assistance Project for support with preparing her opposition brief by calling (212) 382-4794 or emailing fedprosdny@nycbar.org.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: August 12, 2026
New York, New York